UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLIE DREW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | No. CV-10-3008-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

　　　BEFORE THE COURT is the parties' Stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 23.) Attorney D. James Tree represents Plaintiff Billie Drew; Special Assistant United States Attorney Jordan Goddard represents Defendant.  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the Stipulation of the parties,

　　　**IT IS ORDERED:**

　　　1.　The parties' Stipulated Motion to remand **(Ct. Rec. 23)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall further evaluate the opinions of record; explain the weight given to each opinion of record; request Plaintiff's representative to provide additional evidence, if available; reevaluate the credibility of Plaintiff and

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

lay evidence; obtain evidence from a medical expert; and, if warranted, obtain supplemental evidence from a vocational expert to identify appropriate jobs in the national economy based on assessed limitations and resolve any conflicts between the occupational evidence provided by the vocational information in the *Dictionary of Occupational Titles*. Upon remand, the ALJ will only reconsider Plaintiff's disability status through March 17, 2008.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 17**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 5, 2011.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2